UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Julie and Robert Sewell, | : <br> : <br> : Civil Action No.: _____ |
| Plaintiffs, | : |
| v. | : |
| Go Solar Group, LLC; and DOES 1-10, inclusive, | : **COMPLAINT** <br> : |
| Defendants. | : <br> : |

For this Complaint, the Plaintiffs, Julie and Robert Sewell, by undersigned counsel, state as follows:

## **JURISDICTION**

1. This action arises out of Defendants' repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq. (the "TCPA").

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that Defendants transact business here, Plaintiffs resides in this judicial district, and a substantial portion of the acts giving rise to this action occurred here.

## **PARTIES**

3. The Plaintiffs, Julie and Robert Sewell ("Plaintiffs"), are adult individuals residing in Walpole, Massachusetts, and each is a "person" as defined by 47 U.S.C. § 153(10).

4. Defendant Go Solar Group, LLC ("Go"), is a Utah business entity with an address of 4425 South 500 West, Suite D, Salt Lake City, Utah 84123, and is a "person" as defined by 47 U.S.C. § 153(10).

5. Does 1-10 (the "Agents") are individual agents employed by Go and whose identities are currently unknown to the Plaintiff. One or more of the Agents may be joined as parties once their identities are disclosed through discovery.

6. Go at all times acted by and through one or more of the Agents.

## FACTS

7. Within the last four years, beginning in November 2013, Go contacted Plaintiffs in an attempt to solicit its services to Plaintiffs.

8. At all times referenced herein, Go placed calls to Plaintiffs' residential telephone, number 508-xxx-7925, using an automated telephone dialer system ("ATDS" or "predictive dialer") and/or by using an artificial or prerecorded voice.

9. When Plaintiffs answered calls from Go, they would hear a few seconds of silence, followed by being connected to a live representative.

10. Upon information and belief, Plaintiffs have no prior business relationship with Go, and have never provided Go with express written permission to call them using an automated dialer.

11. Despite lacking consent to call Plaintiffs, Go placed over six calls to Plaintiffs' residential number using an automated dialer, causing them significant inconvenience.

## COUNT I
## VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT – 47 U.S.C. § 227, et seq.

12. The Plaintiffs incorporate by reference all of the above paragraphs of this Complaint as though fully stated herein.

13. At all times mentioned herein and within the last four years, Defendants called Plaintiffs on their residential telephone using an automatic telephone dialing system ("ATDS" or "Predictive Dialer") and/or by using a prerecorded or artificial voice.

14. In expanding on the prohibitions of the TCPA, the Federal Communications Commission (FCC) defines a Predictive Dialer as "a dialing system that automatically dials consumers' telephone numbers in a manner that "predicts" the time when a consumer will answer the phone and a [representative] will be available to take the call…"2003 TCPA Order, 18 FCC 36 Rcd 14022. The FCC explains that if a representative in not "free to take a call that has been placed by a predictive dialer, the consumer answers the phone only to hear 'dead air' or a dial tone, causing frustration." Id. In addition, the TCPA places prohibitions on companies that "abandon" calls by setting "the predictive dialers to ring for a very short period of time before disconnecting the call; in such cases, the predictive dialer does not record the call as having been abandoned." Id.

15. Defendants' telephone systems have earmarks of a Predictive Dialer. Often times when Plaintiffs answered the phone, they were met with a period of silence before Defendants' telephone system would connect them to the next available representative.

16. Upon information and belief, Defendants' Predictive Dialers have the capacity to store or produce telephone numbers to be called, using a random or sequential number generator.

17. As a result of each call made in negligent violation of the TCPA, Plaintiffs are entitled to an award of $500.00 in statutory damages for each call in violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B).

18. As a result of each call made in knowing and/or willful violation of the TCPA, Plaintiffs are entitled to an award of treble damages in an amount up to $1,500.00 pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

## PRAYER FOR RELIEF

**WHEREFORE**, the Plaintiff prays that judgment be entered against Defendants:

1. Statutory damages pursuant to 47 U.S.C. § 227(b)(3)(B) & (C); and
2. Such other and further relief as may be just and proper.

### TRIAL BY JURY DEMANDED ON ALL COUNTS

Dated: February 12, 2014

        Respectfully submitted,

        By   /s/ Sergei Lemberg

        Sergei Lemberg (BBO# 650671)
        LEMBERG LAW, L.L.C.
        1100 Summer Street, 3rd Floor
        Stamford, CT 06905
        Telephone: (203) 653-2250
        Facsimile:  (203) 653-3424
        Attorneys for Plaintiff